

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

LaTisha Buchanan, Appellant

No. 06-23-00011-CV      v.

City of Bogata, Appellees

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CV05177). Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's order granting the City's plea to the jurisdiction and dismissing the case for want of jurisdiction.

We further order that the appellant, LaTisha Buchanan, pay all costs incurred by reason of this appeal.

RENDERED AUGUST 4, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk